Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
YORK & GARVEY
137 N. Larchmont Blvd., #506
Los Angeles, CA   90004
Telephone:  (866) 908-2121
Telecopier:  (877) 221-3306
Email:  djylaw@gmail.com
Email:  sarahgarvey@yahoo.com

Attorneys for Plaintiff S.T., by and through his *guardian ad litem* Jessica Niblett,
individually and as successor in interest to Albert B. Thompson.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.T., a minor by and through his *guardian ad litem* Jessica Niblett, individually and as successor in interest of Albert B. Thompson, deceased,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF CERES; JUSTIN CANATSY; JESUS SALINAS; and DOES 1-10; inclusive,<br><br>                Defendants. | Case No.<br><br>**C.C.P. § 377.32 DECLARATION OF JESSICA NIBLETT FOR S.T., SUCCESSOR IN INTEREST TO ALBERT B. THOMPSON**<br><br>**[Cal. Code Civ. Proc. § 377]** |

1

## C.C.P. § 377.32 DECLARATION OF JESSICA NIBLETT FOR S.T., SUCCESSOR IN INTEREST TO ALBERT B. THOMPSON

I, Jessica Niblett, do hereby declare as follows:

1. My name is Jessica Niblett. I am a competent adult over the age of eighteen and the natural mother of minor plaintiff S.T. ("S.T.")

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The decedent's name is Albert B. Thompson ("Decedent").

4. Decedent is the natural father of minor plaintiff S.T.

5. Decedent passed away on January 5, 2016 in Ceres, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. S.T. is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeeds to Decedent's interest in this action or proceeding as the biological child of Decedent.

8. No other persons have a superior right to commence this action or proceeding or to be substituted for the Decedent in this pending action or proceedings.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Jessica Niblett, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of October in Ceres, California

Jessica Niblett

Jessica Niblett

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# "EXHIBIT A"

[Death Certificate of Decedent Albert B. Thompson]

C.C.P. § 377.32 DECLARATION OF JESSICA NIBLETT FOR S.T., SUCCESSOR IN
INTEREST TO ALBERT B. THOMPSON

# STATE OF CALIFORNIA

CERTIFIED INFORMATIONAL COPY OF VITAL RECORD
RS-11(REV 3/09)

# COUNTY of STANISLAUS

## MODESTO, CALIFORNIA

3052016005223

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
SEE BACK AND SIDE FOR INSTRUCTIONS OR ALTERATIONS

3201650000118

LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT—FIRST (Given): ALBERT
2. MIDDLE: BILLY
3. LAST (Family): THOMPSON
4. DATE OF BIRTH mm/dd/ccyy: 06/08/1987
5. AGE Yrs.: 28
6. SEX: M

AKA, ALSO KNOWN AS— Include full AKA (FIRST, MIDDLE, LAST)

7. BIRTH STATE/FOREIGN COUNTRY: CA
8. SOCIAL SECURITY NUMBER
9. EVER IN U.S. ARMED FORCES? YES [ ] NO [X] UNK [ ]
10. MARITAL STATUS (at time of death): NEVER MARRIED
11. DATE OF DEATH mm/dd/ccyy: 01/05/2016
12. HOUR: 2213

13. EDUCATION — Highest Level/Degree: HS GRADUATE [X]
14. WAS DECEDENT HISPANIC/LATINO/SPANISH? (If yes, see worksheet on back) YES [ ] NO [X]
15. DECEDENT'S RACE — up to 3 races may be listed (see worksheet on back): MEXICAN AMERICAN, NATIVE AMERICAN

16. USUAL OCCUPATION — Type of work for most of life, DO NOT USE RETIRED: ROOFER
17. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): ROOFING
18. YEARS IN OCCUPATION: 12

**USUAL RESIDENCE**

19. DECEDENT'S RESIDENCE (Street and number, or location): 121 WALNUT ST.

20. CITY: MADERA
21. COUNTY/PROVINCE: MADERA
22. ZIP CODE: 93637
23. YEARS IN COUNTY: 0
24. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

25. INFORMANT'S NAME, RELATIONSHIP: GEORGE PEREZ, LEGAL GUARDIAN
26. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state and zip)

**SPOUSE/PARENT AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST
29. MIDDLE
30. LAST BIRTH NAME

31. NAME OF FATHER/PARENT—FIRST: BILLY
32. MIDDLE
33. LAST: THOMPSON
34. BIRTH STATE: CA

35. NAME OF MOTHER/PARENT—FIRST: ROSIE
36. MIDDLE: RENE
37. LAST (Birth Name): SANCHEZ
38. BIRTH STATE: CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 01/13/2016
40. PLACE OF FINAL DISPOSITION: AT SEA OFF THE COAST OF LOS ANGELES COUNTY

41. TYPE OF DISPOSITION(S): CR/SEA
42. SIGNATURE OF EMBALMER
43. LICENSE NUMBER

44. NAME OF FUNERAL ESTABLISHMENT: EATON FAMILY FUNERAL SERVICE
45. LICENSE NUMBER: FD1635
46. SIGNATURE OF LOCAL REGISTRAR
47. DATE mm/dd/ccyy: 01/13/2016

**PLACE OF DEATH**

48. PLACE OF DEATH: PARKING LOT
49. IF HOSPITAL, SPECIFY ONE: [ ] IP [ ] EMP/OP [ ] DOA    IF OTHER THAN HOSPITAL, SPECIFY ONE: [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other

50. COUNTY: STANISLAUS
51. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 2601 DON PEDRO AVENUE
52. CITY: CERES

**CAUSE OF DEATH**

107. DEATH WAS CAUSED BY: (Enter only one cause per line for A, B, C, and D) IMMEDIATE CAUSE (Final disease or condition resulting in death): PENDING INVESTIGATION

108. DEATH REPORTED TO CORONER? Event and Death: [X] YES [ ] NO

109. CORONER'S FILE NUMBER: C16000052

110. BIOPSY PERFORMED? [ ] YES [X] NO

111. AUTOPSY PERFORMED? [X] YES [ ] NO

112. USED IN DETERMINING CAUSE? [X] YES [ ] NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 111? If yes, list type of operation and date.

114. IF FEMALE, PREGNANT IN LAST YEAR? [ ] YES [ ] NO [ ] UNK

**PHYSICIAN'S CERTIFICATION**

115. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive

116. SIGNATURE AND TITLE OF CERTIFIER
117. LICENSE NUMBER
118. DATE mm/dd/ccyy

119. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

120. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH: [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [X] Pending Investigation [ ] Could not be determined

121. INJURED AT WORK? [ ] YES [ ] NO [ ] UNK

122. INJURY DATE mm/dd/ccyy
123. HOUR (24 Hours)

124. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

125. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

126. SIGNATURE OF CORONER / DEPUTY CORONER
127. DATE mm/dd/ccyy: 01/11/2016
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: GARRETT SEYMOUR, DEPUTY CORONER

**STATE REGISTRAR**

A | B | C | D | E
FAX AUTH# | CENSUS TRACT

*01000100213391A*

---

_Lee Lundigan_ (signature)

**CERTIFIED INFORMATIONAL COPY OF VITAL RECORDS**
**STATE OF CALIFORNIA   COUNTY OF STANISLAUS**

LEE LUNDRIGAN, Clerk-Recorder
STANISLAUS COUNTY, CALIFORNIA

*100020488*

DATE ISSUED: **AUG 0 1 2016**   BY: _Linda Jackson_
Deputy

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Stanislaus County Clerk-Recorder. This copy not valid unless prepared on engraved border displaying the date, seal and signature of County Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


Stanislaus County — Striving to be the Best